Daniel E. PROVOST v. Frederick BITTNER, No. 148-76

August 29, 1978. Motion for Reargument denied.

David A. ATKINS v. GREEN MOUNTAIN POWER CORPORATION, No. 335-76

August 29, 1978. Purported appeals dismissed, on the ground that no final order is involved and permission under 30 V.S.A. § 12 was not obtained. V.R.A.P. 5(b).

Walter GARDNER and Jane Gardner v. WEST-COL, INC. and John L. Whalen, Trustee, No. 75-77

August 29, 1978. Motion for Leave to Amend Judgment Order granted. V.R.C.P. 60(a).

IN RE Bernard RAYTA, Jr., No. 281-77

August 29, 1978. Judgment vacated. Case remanded for entry of judgment in accordance with findings of the majority of the court.

Samuel KATCHER and Anita Katcher, individually and d/b/a Toll Road Motor Inn v. K & M RAILWAY, INC., Entertainment Resorts, Inc. d/b/a The Round House, No. 135-78

August 29, 1978. Motion to Strike Entry of June 26, 1978, granted.

Michael TAREN v. VERMONT STRUCTURAL SLATE CO., INC., No. 138-78

August 29, 1978. Motion to Dismiss denied.

F. Lee AUSTIN v. Mildredann H. (Austin) SICILLIANO, No. 222-78

August 29, 1978. Appellant's motion for a stay of judgment order pending appeal is granted pro forma, the stay being automatic under V.R.C.P. 62(a).

STATE of Vermont v. Robert W. LAROSE, No. 146-78

September 7, 1978. Motion for Release Pending Appeal is denied.

THE UNION BANK v. Allan F. JONES v. Douglas McLeod, Lauren McLeod, Edward J. Hamilton, Jr., Peter Glenn Shops, Inc., and Fashion Sports, Inc., No. 256-78

September 7, 1978. Motion for a Stay of Execution Pending Appeal is denied.